```
            FILED        _____ RECEIVED
     _____  ENTERED      _____ SERVED ON
                      COUNSEL/PARTIES OF RECORD

                     AUG 2 7 2009

                   CLERK US DISTRICT COURT
                     DISTRICT OF NEVADA
              BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| GEORGE ROSENTHAL, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:09-cv-0447-ECR-RAM |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| GEORGE FOLEY, ESQ., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff, who is in the custody of the Nevada Department of Corrections, has submitted a "Notice of Intent to File Civil Rights Complaint Pursuant to 42 U.S.C. § 1983" (#1-2). However, plaintiff has not paid the $350.00 filing fee and did not submit an application to proceed *in forma pauperis* with a signed and executed financial certificate and a copy of his inmate trust account statement as required by 28 U.S.C. §1915(a) and Local Rules LSR 1-1 and 1-2. Plaintiff has not submitted a complaint in this case. The submission of a "notice" to the Court without a complaint is not sufficient to commence a civil action. The Local Rules further require that the application and complaint be made on the forms provided by this court. LSR 1-4 and 2-1.

**IT IS THEREFORE ORDERED** that the Clerk of the Court shall send plaintiff a blank application form for an application to proceed *in forma pauperis* for incarcerated litigants with instructions and a blank civil rights complaint form with instructions.

**IT IS FURTHER ORDERED** that the action is **DISMISSED** without prejudice for plaintiff's commencement of a <u>**NEW**</u> action in which he either pays the $350.00 filing fee in full or submits a complete application to proceed *in forma pauperis*, accompanied by a properly executed financial certificate and a copy of his inmate trust account statement, and a complaint on the proper forms.

1 | **IT IS FURTHER ORDERED** that the Clerk of the Court shall enter judgment accordingly.

2 | DATED: *August 26, 2009*

_____
UNITED STATES DISTRICT JUDGE