AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*      DISTRICT OF   NEVADA

GEORGE ROSENTHAL,

      Plaintiff,    JUDGMENT IN A CIVIL CASE
V.

                              CASE NUMBER:   3:09-CV-0447-ECR (RAM)

GEORGE FOLEY, ESQ., et al.,

      Defendants.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 **X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED** without prejudice.


 August 31, 2009                             **LANCE S. WILSON**
                                                    Clerk


                                             /s/  M. Campbell
                                              Deputy Clerk